UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GARY MONTGOMERY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:19-cv-00675 |
| | ) | |
| WELLPATH MEDICAL *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| GARY MONTGOMERY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:19-cv-00747 |
| | ) | |
| KENDRA WHIDBEE et al. | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Magistrate Judge Newbern has issued a Reports and Recommendations ("R&R") in the above-styled cases (Case No. 3:19-cv-00675, Doc. No. 143 & Case No. 3:19-cv-00747, Doc. No. 82) recommending that the "Emergency Motions for Injunctive Relief" filed by Plaintiff in both cases be denied. Although Plaintiff objects to a different R&R issued that same day in Case No. 3:19-cv-00675, no objections have been filed to the denial of his requests for emergency relief in either case. Perhaps this is for good reason.

As Magistrate Judge Newbern observed, Plaintiff's requests are subject to denial on a number of grounds, including, but not limited to: (1) Plaintiff "has not provided the documents and information required by Federal Rule of Civil Procedure 65(b) and Local Rule 65.01(b). See Fed.

R. Civ. P. 65(b)(1)(A)–(B); M.D. Tenn. R. 65.01(b)"; (2) "he has not shown that he is entitled to the injunctive relief he seeks [and] may not obtain injunctive relief that is unrelated to the claims in the underlying cases"; (3) he "has not shown that injunctive relief is necessary to avoid irreparable harm"; (4) the balance of harms does not weigh in his favor; and (5) Plaintiff has not shown "'extraordinary and urgently compelling reasons' for the Court to 'intervene in matters such as the day-to-day operations in a correctional facility.'" (R&R, Case No. 3:19-cv-00747, Doc. 82 at 6-8) (internal citations omitted). Having conducted the *de novo* review required by Rule 72 of the Federal Rules of Civil Procedure, the Court fully agrees.

Accordingly, the Court rules as follows:

(1) The R&Rs (Case No. 3:19-cv-00675, Doc. No. 143 & Case No. 3:19-cv-00747 Doc. 82) are hereby **ACCEPTED** and **APPROVED**; and

(2) Plaintiff's "Emergency Motions for Injunctive Relief" (Case No. 3:19-cv-00675, Doc. No. 121 & Case No. 3:19-cv-00747 Doc. 57) are **DENIED**.

The above files are returned to Magistrate Judge Newbern for further case management in accordance with the Orders of Referral entered in each.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE