UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| GARY MONTGOMERY, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:19-cv-00675 |
| WELLPATH MEDICAL, et al., | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Gary Montgomery's Objection to Magistrate's Report and Recommendation Filed May 30, 2024 (Doc. No. 199) is **OVERRULED**. The Court **APPROVES** and **ADOPTS** the Report and Recommendation (Doc. No. 194). Accordingly, Thomas Conrad's Motion for Summary Judgment (Doc. No. 152) is **GRANTED**; Wellpath Medical, LLC, the Metropolitan Government of Nashville and Davidson County, Nurse Taylor Wall, Nurse Amber Dame, Nurse Dayna West, Nurse Mark Bailey, Dentist Krystal Lewis, and Dental Technician Jenny Jaynes' Motion for Summary Judgment (Doc. No. 156) is **GRANTED**; and all other pending motions are **DENIED AS MOOT**. This Order shall constitute the final judgment pursuant to Federal Rule of Civil Procedure 58. The Clerk shall close this file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE